AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One Target Telephone with IMEI 359506141228398, more<br>fully described in Attachment A. | )<br>)<br>)   Case No.   MJ22-275<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington
*(identify the person or describe the property to be searched and give its location)*:

One Target Telephone with IMEI 359506141228398, more fully described in Attachment A, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   July 4, 2022   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any Magistrate Judge in the Western District of Wa.   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   June 21, 2022 at 1:15 p.m.   *Judge's signature*

City and state:   Seattle, Washington   S. Kate Vaughan, United States Magistrate Judge
*Printed name and title*

USAO #2022R00534

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ22-275 | 06/22/2022 8:10 am | Purple phone |

Inventory made in the presence of:
DEA SA Kailund Williams

Inventory of the property taken and name of any person(s) seized:

Electronic data and phone content to inlcude images, contacts, instant messages, and call log. Data saved unto USB drive and stored as evidence. Search Warrant issued to TechOps personnel who condcuted the search.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/03/2023

*Kate Vaughan*

SA Kailund Williams
*Executing officer's signature*

*[signature]*
Printed name and title